No. 81–2159. SILKWOOD, ADMINISTRATOR OF THE ESTATE OF SILKWOOD v. KERR-MCGEE CORP. ET AL. C. A. 10th Cir. [Probable jurisdiction postponed, 459 U. S. 1101.] Motions of National Women's Health Network and New Jersey Department of Public Advocate for leave to file briefs as *amici curiae* granted.

No. 81–2245. NEVADA v. UNITED STATES ET AL.;

No. 81–2276. TRUCKEE-CARSON IRRIGATION DISTRICT v. UNITED STATES ET AL.; and

No. 82–38. PYRAMID LAKE PAIUTE TRIBE OF INDIANS v. TRUCKEE-CARSON IRRIGATION DISTRICT ET AL. C. A. 9th Cir. [Certiorari granted, 459 U. S. 904.] Motion of the Solicitor General for leave to file a supplemental brief after argument granted.

No. 81–2332. NORFOLK REDEVELOPMENT AND HOUSING AUTHORITY v. CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF VIRGINIA ET AL. C. A. 4th Cir. [Certiorari granted, 459 U. S. 1145.] Motion of Mountain State Telephone & Telegraph Co. et al. for leave to file a brief as *amici curiae* granted. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 82–485. KEETON v. HUSTLER MAGAZINE, INC., ET AL. C. A. 1st Cir. [Certiorari granted, 459 U. S. 1169.] Motion of respondents for divided argument and for additional time for oral argument denied.

No. 82–556. PRESS-ENTERPRISE CO. v. SUPERIOR COURT OF CALIFORNIA, RIVERSIDE COUNTY. Ct. App. Cal., 4th App. Dist. [Certiorari granted, 459 U. S. 1169.] Motion of respondent for divided argument and for additional time for oral argument denied.

No. 82–799. BUREAU OF ALCOHOL, TOBACCO AND FIREARMS v. FEDERAL LABOR RELATIONS AUTHORITY ET AL. C. A. 9th Cir. [Certiorari granted, 459 U. S. 1145.] Motion of respondent National Treasury Employees Union for divided argument denied.